

Helene Bergman
The Bergman Law Firm
1001 South Dairy Ashford, Ste. 100
Houston, Texas 770777
FID 20746
Telephone   832. 379.4400
            832.379.4401
bergmanlawfirm@sbcglobal.net
ATTORNEY FOR DEBTOR

**ENTERED**
**10/09/2015**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Munira Shakir | § | 14-32639-H3-7 |
| | § | Chapter 7 |
| **DEBTOR** | § | Judge Paul |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL (#45)

On _____, 2015, the Court considered the Motion for Withdrawal of Counsel for the above captioned debtor by Movant Helene Bergman.

The Court finds that:

1. Good cause exists for withdrawal of Movant as counsel and withdrawal of Movant is not sought for delay only.

2. Debtor consents to the withdrawal of Helene Bergman and the court finds that no party incurs a detriment by allowance of this motion.

3. The current settings and deadlines are: NONE

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Debtor and **ORDERED** that all notices in this cause shall hereafter be served on Debtor either delivered in person or sent by certified and first class mail to the address in the motion.

**IT IS FURTHER ORDERED** that Helene Bergman, Movant, immediately notify

Debtor Munira Shakir in writing of any additional settings or deadlines of which Helene Bergman now has knowledge and has not already notified Debtor.

SIGNED on \_\_\_\_OCT 0 9 2015\_\_,2015.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:


s/s Helene Bergman
Helene Bergman
Attorney for Debtor

United States Bankruptcy Court
Southern District of Texas

In re:                                                                          Case No. 14-32639-lzp
Munira Shakir                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4           User: mrod              Page 1 of 1              Date Rcvd: Oct 09, 2015
                               Form ID: pdf002         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2015.
db           +Munira Shakir,    16706 Vivian Point Lane,    Houston, TX 77095-5096
cr            Toyota Motor Credit Corporation,    c/o Becket and Lee, LLP,    P.O. Box 3001,
              Malvern, PA  19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: bk.notifications@jpmchase.com Oct 09 2015 17:50:48      JPMORGAN CHASE BANK, N.A.,
              201 N. CENTRAL AVE. AZ1-1191,    PHOENIX, AZ 85004-0073
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Tasneem Shujauddin
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2015 at the address(es) listed below:
              Charles E Long    on behalf of Plaintiff Kutbuddin    Lokhandwala clong@cagehill.com,
               cagehill@cagehill.com
              Charles E Long    on behalf of Plaintiff Tasneem    Shujauddin clong@cagehill.com,
               cagehill@cagehill.com
              George M McDonald    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. mcdonaldatty@sbcglobal.net
              Helene Thaissa Bergman    on behalf of Debtor Munira    Shakir Bergmanlawfirm@sbcglobal.net
              Joshua Allen Estes    on behalf of Creditor Tasneem    Shujauddin joshuaestes@estespc.net
              Julie Mitchell Koenig    on behalf of Trustee Rodney D Tow julie.koenig@cooperscully.com,
               charlene.stone@cooperscully.com
              Rodney D Tow    on behalf of Trustee Rodney D Tow
               RT@trustesolutions.net;jwarren@rtowtrustee.com;rodneytow@outlook.com;RT@trustesolutions.com
              Rodney D Tow
               RT@trustesolutions.net;jwarren@rtowtrustee.com;rodneytow@outlook.com;RT@trustesolutions.com
              Sirigurmukh   Khalsa    on behalf of Debtor Munira    Shakir skhalsa@whkllp.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                             TOTAL: 10