

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: Munira Shakir

**Debtor(s)**

Case No.: 14–32639

Chapter: 7

ENTERED
02/01/2019

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Rodney D Tow is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 2/1/19

MARVIN ISGUR
United States Bankruptcy Judge